AO 442

FID: 11101698

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
09/01/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: AP   DEPUTY

UNITED STATES OF AMERICA

V.

Tony Juarez (2)

**WARRANT FOR ARREST**
5:22-mj-00554

Case Number: 3:20-cr-01148-AJB-2

Reg# 93079-298

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____Tony Juarez (2)____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense):
See petition.

2022 AUG 12 PM 1:08
RECEIVED
U.S. MARSHALS-S/CA

In violation of Title  __See Above__  United States Code, Section(s) _____

John Morrill
Name of Issuing Officer

Clerk of the Court
Title of Issuing Officer

s/ A. Sudan   /s/ A. Sudan
Signature of Deputy

8/12/2022. San Diego, CA.
Date and Location

Bail fixed at $  __No bail.__   by   The Honorable Anthony J. Battaglia
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |