**FILED**
CLERK, U.S. DISTRICT COURT

09/01/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: __D. Brown__ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> Tony Juarez, ) <br><br> Defendant. ) | Case No.: 5:22-MJ-00554-DUTY <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Southern___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

(×) information in the Pretrial Services Report and Recommendation

(×) information in the violation petition and report(s)

( ) the defendant's nonobjection to detention at this time

(×) other: ___Allegations in petition, no potential sureties, history of___ warrants/violations of parole, substance abuse.

1

1    and/ or

2    B. ( )    The defendant has not met his/her burden of establishing by clear and

3    convincing evidence that he/she is not likely to pose a danger to the safety

4    of any other person or the community if released under 18 U.S.C.

5    § 3142(b) or (c).  This finding is based on the following:

6    ( )    information in the Pretrial Services Report and Recommendation

7    ( )    information in the violation petition and report(s)

8    ( )    the defendant's nonobjection to detention at this time

9    ( )    other: _____

10

11    IT THEREFORE IS ORDERED that the defendant be detained pending the further

12    revocation proceedings.

13

14    Dated: September 1, 2022

15    _____
     KENLY KIYA KATO
     UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28